# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FEB 2 4 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>vs.<br><br>ALBERT ARIAS (1)<br><br><br>                           Defendant. | Case No. 13CR3675-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, with prejudice, after term of deferred judgment has been completed.

__    the Court has granted the motion of the defendant for a judgment of acquittal; or

__    a jury has been waived, and the Court has found the defendant not guilty; or

X    of the offense(s) as charged in the Indictment/Information:

   21 USC, Secs. 952 and 960 – Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/24/2017

Hon. Cathy Ann Bencivengo
United States District Judge